## GRAY v. WRIGHT.

CANDLER, J.   1. A consent decree will not be set aside because, "through accident and mistake," one of the consenting parties failed to introduce evidence which was in his possession and which might, if submitted on a trial, have resulted in the rendition of a decree different from the one which was taken by consent.

2. It is not error to refuse to entertain a petition to enjoin the cutting of timber on land which, by a decree to which the plaintiff consented, has been legally adjudged to be the property of the defendant.

   *Judgment affirmed.   All the Justices concur, except Simmons, C. J., absent.*

Submitted April 20,— Decided June 15, 1905.

Petition for injunction.    Before Judge Fite.    Murray superior court.    January 21, 1905.

*H. A. Langston* and *G. G. Glenn,* for plaintiff.